# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered: December 18, 2014          D-95-14

_____

In the Matter of ATTORNEYS IN
   VIOLATION OF JUDICIARY LAW
   § 468-a.

COMMITTEE ON PROFESSIONAL            MEMORANDUM AND ORDER
   STANDARDS,                            ON MOTION
               Petitioner;

KEVIN MICHAEL MORRIS,
               Respondent.

(Attorney Registration No. 3046737)
_____

Calendar Date: December 8, 2014

Before: Lahtinen, J.P., Rose, Devine and Clark, JJ.

_____

     Monica A. Duffy, Committee on Professional Standards,
Albany, for petitioner.

     Kevin Michael Morris, Toronto, Ontario, respondent pro se.

_____

Per Curiam.

     Respondent, who was admitted to practice by this Court in
2000, was suspended by this Court's order dated September 24,
2009 for failure to comply with the attorney registration
requirements of Judiciary Law § 468-a (65 AD3d 1447 [2009]).

     Respondent now requests reinstatement on the ground that he
has complied with the attorney registration requirements of
Judiciary Law § 468-a and the Rules of the Chief Administrator of
the Courts (see 22 NYCRR part 118). Petitioner does not object

to respondent's application.

Respondent's application is granted and he is ordered reinstated, effective immediately.

Lahtinen, J.P., Rose, Devine and Clark., concur.

ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.

ENTER:

Robert D. Mayberger
Clerk of the Court